1  Xiaohua Huang
2  P.O. Box 1639, Los Gatos, CA95031
   Tel: 669-273-5633
3  Email: paul_huang1010@outlook.com
   *Pro Se*   Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Xiaohua Huang   *Pro Se* | ) Case No. 8:21-cv-712-CEH_TWG |
| Plaintiff(s), | ) |
|  | ) **MR. Xiaohua Huang's notice to** |
| vs. | ) **withdraw the complaint and dismiss** |
|  | ) **the case without prejudice.** |
| Xbyte Technologies | ) |
| Defendant(s) | ) |

   Based on Fed. R. civ. P. 41(a)(1)(A)(i)  Plaintiff  Xiaohua Huang  respectfully submits  this notice to the Court to withdraw his complaint and dismiss  this case against Xbyte Technologies without prejudice.

   Dated:  April19, 2021                  Respectfully  Submitted,

                                           Xiaohua Huang
                                           P.O. Box 1639, Los Gatos CA95031
                                           Tel: 669 273 5650
                                           Email:  paul_huang1010@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was mailed to the Clerk of the Court and will be filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. Defendant and All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail and email on this day.

Dated: April 19, 2021

By /S/ Xiaohua Huang