# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

XIAOHUA HUANG,

      Plaintiff,

v.                                        Case No: 8:21-cv-712-CEH-TGW

XBYTE TECHNOLOGIES,

      Defendant.

_____/

## ORDER

Before the Court is Plaintiff's request, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, to withdraw the complaint and dismiss this case without prejudice [Doc. 9].  In accord with Plaintiff's request, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's request to withdraw the complaint and dismiss this case is **APPROVED** [Doc. 9].

2. This cause is dismissed, without prejudice.

3. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 22, 2021.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record